APPENDIX A



# WARNING
## DO NOT PLAY, SWIM, OR FISH

### Possible Sewage Overflow
### Exposure to Water May Cause Illness

**PLEASE REPORT FOUL ODORS, UNUSUAL DISCOLORATION, OR FLOW FROM OUTFALL DURING DRY WEATHER.**

 St. Louis Metropolitan Sewer District (314) 768-6260

Sign #

For detailed information visit: www.stlmsd.com