Appendix B - Constructed SSO Outfalls to be eliminated no later than December 31, 2012

|    | Constructed SSO Number | Address | Watershed |
|----|---|---|---|
| 1  | BP-023 | 9175 WRENWOOD LANE | BLACK CREEK |
| 2  | BP-026 | 15993 DOWNALL GREEN DRIVE | CAULKS CREEK |
| 3  | BP-035 | 7 CHASSELLE LANE | CREVE COEUR CREEK |
| 4  | BP-038 | 15428 GRANTLEY DRIVE | CREVE COEUR CREEK |
| 5  | BP-088 | 12479 ROTH HILL | FEE FEE CREEK |
| 6  | BP-092 | 1520 BURNING TREE DRIVE | COLDWATER CREEK |
| 7  | BP-105 | 8443 WABASH | COLDWATER CREEK |
| 8  | BP-106 | 8421 WABASH | COLDWATER CREEK |
| 9  | BP-107 | 9602 VENTURA DRIVE | MALINE CREEK |
| 10 | BP-111 | 41 ST. DENNIS | COLDWATER CREEK |
| 11 | BP-121 | 6269 HANLEY ROAD | COLDWATER CREEK |
| 12 | BP-122 | 6440 HANLEY ROAD | COLDWATER CREEK |
| 13 | BP-126 | 8216 JANUARY AVENUE | COLDWATER CREEK |
| 14 | BP-131 | 1400 LINDBERGH | COLDWATER CREEK |
| 15 | BP-132 | 1 LOUISE COURT | COLDWATER CREEK |
| 16 | BP-135 | 3183 NEW CASTLE ROAD | COLDWATER CREEK |
| 17 | BP-136 | 15245 NEW HALLS FERRY ROAD | COLDWATER CREEK |
| 18 | BP-139 | 1500 ORANGEDALE | COLDWATER CREEK |
| 19 | BP-206 | 233 WARSON ROAD | DEER CREEK |
| 20 | BP-209 | 302 BANFF CIRCLE | MISSISSIPPI RIVER |
| 21 | BP-263 | 2798 BARRETT STATION ROAD | GRAND GLAIZE CREEK |
| 22 | BP-268 | 13421 FEATHERSTONE DRIVE | GRAND GLAIZE CREEK |
| 23 | BP-274 | MANCHESTER & BARRETT STA | GRAND GLAIZE CREEK |
| 24 | BP-275 | 1633 MASON VALLEY ROAD | GRAND GLAIZE CREEK |
| 25 | BP-290 | 10549 EWELL DRIVE | MALINE CREEK |
| 26 | BP-299 | 10191 HALLS FERRY ROAD | MALINE CREEK |
| 27 | BP-301 | 8707 KATHLYN DRIVE | MALINE CREEK |
| 28 | BP-307 | 1632 NOR LAKES DRIVE | MALINE CREEK |
| 29 | BP-311 | 3135 PICADOR COURT | MALINE CREEK |
| 30 | BP-318 | 4217 SPRINGDALE | MALINE CREEK |
| 31 | BP-323 | 2632 TYRRELL DRIVE | MALINE CREEK |
| 32 | BP-366 | 4320 BIG CHIEF DRIVE | GRAVOIS CREEK |
| 33 | BP-388 | 9001 KICKAPOO DRIVE | GRAVOIS CREEK |
| 34 | BP-393 | 572 LEFFINGWELL | GRAVOIS CREEK |
| 35 | BP-397 | 4436 MOHEGAN DRIVE | GRAVOIS CREEK |
| 36 | BP-431 | 9405 TRENTON | UNIVERSITY CITY |
| 37 | BP-434 | 8467 KEMPLAND PLACE | UNIVERSITY CITY |
| 38 | BP-478 | 20 YORK | BLACK CREEK |
| 39 | BP-481 | 1655 WOODSON | UNIVERSITY CITY |
| 40 | BP-524 | 2584 TYRRELL | MALINE CREEK |
| 41 | BP-525 | 8443 WABASH | COLDWATER CREEK |
| 42 | BP-528 | 232 GRAHAM | COLDWATER CREEK |
| 43 | BP-571 | 515 NEW FLORISSANT | COLDWATER CREEK |
| 44 | BP-572 | 515 NEW FLORISSANT | COLDWATER CREEK |
| 45 | BP-582 | 21 TEALBROOK | DEER CREEK |
| 46 | BP-584 | 7 LADUE FOREST | BLACK CREEK |
| 47 | BP-590 | 7760 MACKENZIE ROAD | MACKENZIE CREEK |
| 48 | BP-608 | 8550 FROST | COLDWATER CREEK |
| 49 | BP-611 | 13357 PRIMWOOD | CREVE COEUR CREEK |
| 50 | BP-628 | 955 GROVENA | GRAVOIS CREEK |