Appendix C - SSO Control Master Plan - Constructed SSO Outfall Elimination Schedule

| Eliminated 2014 - 2018 | | | Eliminated 2019 - 2023 | | | Eliminated 2024 - 2028 | | | Eliminated 2029 - 2033 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Constructed SSO Outfall # | Address | Watershed | Constructed SSO Outfall # | Address | Watershed | Constructed SSO Outfall # | Address | Watershed | Constructed SSO Outfall # | Address | Watershed |
| | | | | | | | | | | | |