# Appendix D
## CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones

**CSO Control Measures – Maline Creek**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| Elimination of Bissell Point CSO Outfalls 053 and 060 | Sewer separation to allow elimination of CSO Outfalls | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Bissell Point CSO Outfalls 053 and 060 | • Achievement of Full Operation – 01/01/2011 |
| CSO Treatment Unit at Bissell Point Outfall 051 | Enhanced High Rate Clarification facility | 94 MGD capacity providing equivalent of primary clarification, solids/floatables disposal, and disinfection | Reduce overflows to 4 events or less, and 6 million gallons of untreated overflow volume in the typical year[1]. Comply with applicable Missouri Operating Permit. | • Bid Year – 2017<br>• Achievement of Full Operation – 12/31/2020 |
| Bissell Point Outfall 052 Storage Tank | Local storage facility | Provide storage volume of one million gallons, expandable to accommodate storage requirements, if any, as determined in SSO Control Master Plan | Reduce overflows to 4 events or less, and 20 million gallons of untreated overflow volume in the typical year[1] | • Bid Year – 2017<br>• Achievement of Full Operation – 12/31/2020 |



**Maline Creek CSO Controls**

1

**Appendix D**
**CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones**

**CSO Control Measures – Gingras Creek**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| Sewer Separation | Separation of sewers to reduce stormwater flow | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | When incorporated with other Gingras Creek CSO controls, eliminates Outfall 059 to Gingras Creek | • Achievement of Full Operation – 06/30/2017 |
| Bissell Point CSO Outfall 059 Relocation | Relocation of Outfall 059 from Gingras Creek to branch of Baden Trunk Sewer | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | When incorporated with other Gingras Creek CSO controls, eliminates CSO Outfall 059 to Gingras Creek | • Achievement of Full Operation – 06/30/2017 |



**Gingras Creek CSO Controls**

Appendix D
## CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones

**CSO Control Measures – Upper River Des Peres**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| Upper River Des Peres Storage Tunnel serving Lemay Outfalls 064, 066 to 096, 099 to 102, 167, 178 and 180 | Deep storage tunnel, near-surface facilities, pump station, sewer separation and consolidation sewers | Provide storage volume of 30 million gallons in deep tunnel system to capture flows from Lemay CSO Outfalls 064, 066 to 096, 099 to 102, 167, 178 and 180 | When incorporated with other River Des Peres CSO controls, reduce overflows to 4 events or less, and 94 million gallons of untreated overflow volume in the typical year[1] | • Bid Year – 2028<br>• Achievement of Full Operation – 06/30/2034 |



**Upper River Des Peres CSO Controls**

3

**Appendix D**
**CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones**

**CSO Control Measures – River Des Peres Tributaries**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| Elimination of Lemay CSO Outfalls 108, 110, 114, 115, 157, 164 and 165 | Sewer separation to allow elimination of CSO Outfalls | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfalls 108, 110, 114, 115, 157, 164 and 165 | • Achievement of Full Operation – 01/01/2011 |
| Lemay CSO Outfall 107 Elimination | Sewer separation to allow elimination of Lemay Outfall 107 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 107 | • Achievement of Full Operation – 12/31/2012 |
| Lemay CSO Outfall 112 Elimination | Sewer separation to allow elimination of Lemay Outfall 112 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 112 | • Achievement of Full Operation – 12/31/2012 |
| Lemay CSO Outfall 116 Elimination | Sewer separation to allow elimination of Lemay Outfall 116 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 116 | • Achievement of Full Operation – 12/31/2012 |
| Lemay CSO Outfall 141 Elimination | Sewer separation to allow elimination of Lemay Outfall 141 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 141 | • Achievement of Full Operation – 12/31/2012 |
| Lemay CSO Outfall 160 Elimination | Sewer separation to allow elimination of Lemay Outfall 160 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 160 | • Achievement of Full Operation – 12/31/2012 |
| Lemay CSO Outfall 161 Elimination | Sewer separation to allow elimination of Lemay Outfall 161 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 161 | • Achievement of Full Operation – 06/30/2021 |
| Lemay CSO Outfall 174 Elimination | Sewer separation to allow elimination of Lemay Outfall 174 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 174 | • Achievement of Full Operation – 12/31/2012 |
| Lemay CSO Outfall 175 Elimination | Sewer separation to allow elimination of Lemay Outfall 175 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 175 | • Achievement of Full Operation – 12/31/2012 |

**Appendix D**
**CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| River Des Peres Tributaries Storage Tunnel serving Lemay CSO Outfalls 103, 104, 105, 106, 111, 117 to 128, 130, 131, 134, 136 to 140, 166 and 176 | Storage / conveyance tunnel, near-surface facilities, pump station, sewer separation and consolidation sewers | Conveyance tunnel with storage volume of 28 million gallons to capture flows from Lemay CSO Outfalls 103, 104, 105, 106, 111, 117 to 128, 130, 131, 134, 136 to 140, 166 and 176 | When incorporated with other River Des Peres CSO controls, reduce overflows to 4 events or less to River Des Peres main channel in the typical year[1] | • Bid Year – 2024<br>• Achievement of Full Operation – 06/30/2030 |



**River Des Peres Tributaries CSO Controls**

**Appendix D**
**CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones**

**CSO Control Measures – Lower & Middle River Des Peres**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| Elimination of Lemay CSO Outfalls 046, 049, 168 and 177 | Sewer separation to allow elimination of CSO Outfalls | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfalls 046, 049, 168 and 177 | • Achievement of Full Operation – 01/01/2011 |
| Lemay CSO Outfall 062 Elimination | Sewer separation to allow elimination of Lemay CSO Outfall 062 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Lemay CSO Outfall 062 | • Achievement of Full Operation – 12/31/2015 |
| CSO Treatment Unit at Lemay CSO Outfall 063 | Enhanced High Rate Clarification facility | 100 MGD capacity providing equivalent of primary clarification, solids/floatables disposal, and disinfection | When incorporated with other River Des Peres CSO controls, reduce overflows to 4 events or less in the typical year[1]. Comply with applicable Missouri Operating Permit. | • Bid Year – 2027<br>• Achievement of Full Operation – 12/31/2030 |
| In-sewer Storage Upstream of Lemay CSO Outfall 063 | Inflatable or moveable dam system to allow flow storage in upstream 29-ft horseshoe sewers | Provide 25 million gallons storage capacity within existing sewer system to capture flows from Lemay CSO Outfall 063 | When incorporated with other River Des Peres CSO controls, reduce overflows to 4 events or less in the typical year[1] | • Achievement of Full Operation – 12/31/2030 |
| Lower & Middle River Des Peres Storage Tunnel serving Lemay CSO Outfalls 008 to 032, 036, 037, 039, 041 to 044, 048, 050, 052, 053, 054, 057, 058, 061, 063, 163, 170 to 173, and 181 | Deep storage tunnel, near-surface facilities, pump station, sewer separation and consolidation sewers | Provide storage volume of 206 million gallons in deep tunnel system to capture flows from Lemay CSO Outfalls 008 to 032, 036, 037, 039, 041 to 044, 048, 050, 052, 053, 054, 057, 058, 061, 063, 163, 170 to 173, and 181 | When incorporated with other River Des Peres CSO controls, reduce overflows to 4 events or less in the typical year[1], and untreated overflow volume to the River Des Peres of 1,412 million gallons from the Lower & Middle River Des Peres Storage Tunnel and the River Des Peres Tributaries Storage Tunnel combined. | • Bid Year – 2021<br>• Achievement of Full Operation – 12/31/2030 |

**Appendix D**
**CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones**



**Lower & Middle River Des Peres CSO Controls**

7

Appendix D
**CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones**

**Other CSO Control Measures**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| Bissell Point CSO Outfall 055 Elimination | Sewer separation to allow elimination of Bissell Point CSO Outfall 055 | MSD's Rules and Regulations and Engineering Design Requirements for Sanitary Sewer and Stormwater Drainage Facilities | Elimination of Bissell Point CSO Outfall 055 | • Achievement of Full Operation – 01/01/2011 |
| Lemay Treatment Plant – Increase Secondary Treatment Capacity | Upgrade aeration tanks and ancillary systems to achieve peak wet-weather capacity of 210 MGD | 10 CSR 20-8 for new facilities<br><br>Existing facilities Design Basis | Provide peak wet-weather flow capacity of 210 MGD through secondary treatment. Operate treatment facilities to comply with Missouri State Operating Permit requirements. Upon completion of the stress test required by Appendix E, MSD shall operate the WWTP in accordance with the maximum treatable flow rate for each treatment step. | • Achievement of Full Operation – 12/31/2015 |
| Lemay Treatment Plant – Utilize Excess Primary Treatment Capacity – Phase I | Increase influent pumping, preliminary treatment and primary treatment capacity from 240 MGD to 290 MGD | 10 CSR 20-8 for new facilities<br><br>Existing facilities Design Basis | Provide peak wet weather flow capacity of 290 MGD through primary treatment when plant flows exceed secondary treatment capacity. Operate treatment facilities to comply with Missouri State Operating Permit requirements. | • Achievement of Full Operation – 01/01/2011 |
| Lemay Treatment Plant – Utilize Excess Primary Treatment Capacity – Phase II | Increase influent pumping, preliminary treatment and primary treatment capacity from 290 MGD to 340 MGD | 10 CSR 20-8 for new facilities<br><br>Existing facilities Design Basis | Provide peak wet weather flow capacity of 340 MGD through primary treatment when plant flows exceed secondary treatment capacity. Operate treatment facilities to comply with Missouri State Operating Permit requirements. | • Achievement of Full Operation – 12/31/2015 |
| Bissell Point Treatment Plant – Utilize Excess Primary Treatment Capacity | Utilize excess 100 MGD preliminary and primary treatment capacity to treat wet weather flows | 10 CSR 20-8 for new facilities<br><br>Existing facilities Design Basis | Provide peak wet weather flow capacity of 350 MGD through primary treatment when plant flows exceed secondary treatment capacity and when total plant flow is not limited by river flooding. Operate treatment facilities to comply with Missouri State Operating Permit requirements. | • Achievement of Full Operation – 01/01/2011 |

8

**Appendix D**
**CSO Control Measures, Design Criteria, Performance Criteria, and Critical Milestones**

| CSO Control Measure | Description | Design Criteria | Performance Criteria | Critical Milestones |
|---|---|---|---|---|
| Green Infrastructure Program – Pilot Program | Stormwater retrofitting of abandoned properties in Bissell Point and Lemay service areas | Capture runoff from existing or future impervious areas on properties and, if possible, adjacent impervious streets and alleys, in accordance with Section 12 of the Long-Term Control Plan. | Apply green infrastructure on 200 to 400 abandoned properties, encompassing 20 to 40 acres, with a total expenditure of at least $3 million. MSD shall submit to EPA and the State for review and for EPA's approval, with a copy to the Coalition, the Pilot Program Final Report. | • Achievement of Full Operation – 12/31/2015 |
| Green Infrastructure Program | Stormwater retrofitting of abandoned properties in Bissell Point and Lemay service areas | Capture runoff from existing or future impervious areas on properties and, if possible, adjacent impervious streets and alleys, in accordance with Section 12 of the Long-Term Control Plan and the plan for full-scale implementation contained in the Pilot Program Final Report. | Performance Criteria to be identified in Pilot Program Final Report, with a minimum expenditure of $100 million total which includes the pilot program. | • Achievement of Full Operation – 06/30/2034 |

---

[1] CSO Control Measures will be designed to reduce the number of overflows to Maline Creek and the River Des Peres to achieve a Performance Criteria of 4 overflow events or less in the "typical year." The term "overflow event" means an overflow at one or more CSO Outfalls on a receiving stream segment, based on a 6-hour inter-event time, that does not receive the equivalent of primary clarification, solids and floatables disposal, and disinfection, if necessary to meet water quality standards. "Typical year" performance and achievement of Performance Criteria shall be assessed in accordance with the Post-Construction Monitoring Program using the annual statistics generated by the hydraulic model based on the Year 2000 hourly precipitation data from Lambert St. Louis International Airport.